

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DAVID E. JONES, | § | No. 08-19-00196-CV |
| | § | |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | County Court at Law No. 1 |
| | § | |
| WILLIAM D. POWERS, | § | of Travis County, Texas |
| | § | |
| Appellee. | § | (TC# C-1-CV-17-003737) |
| | § | |

**<u>MEMORANDUM OPINION</u>**

Pending before the Court is a motion to consolidate the instant appeal with cause number 08-19-00111-CV, styled *David E. Jones v. Eric M. Willie and William D. Powers* because both appeals arise out of the same trial court cause number. Appellant requests that the appeals be consolidated into a single appellate cause number. The motion to consolidate the appeals into a single appellate cause number is granted. Therefore, it is ordered that cause number 08-19-00196-CV be consolidated with 08-19-00111-CV. On our own motion, we have entered a consolidation order in cause number 08-19-00111-CV. The notice of appeal filed on June 4, 2019 in cause number 08-19-00196-CV shall be filed as an amended notice of appeal in cause number 08-19-00111-CV. Further, the motion filed by Appellant on July 31, 2019, shall be filed and ruled on in cause number 08-19-00111-CV. This appeal is ordered dismissed due to consolidation. The Court's mandate will issue immediately.

GINA M. PALAFOX, Justice

August 1, 2019

Before McClure, C.J., Rodriguez, and Palafox, JJ.